UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTHONY BUSSIE,                     )
                                    )
            Plaintiff,              )
                                    )
v.                                  )   **JUDGMENT**
                                    )   Case No. 5:14-CV-57-FL
JOHN BOEHNER; ROBERT E.             )
ANDREWS; NANCY PELOSI;              )
and BANK OF AMERICA,                )
                                    )
            Defendants.             )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 4, 2014, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed pursuant to 28 U.S.C. §1915(g). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on February 4, 2014, and Copies To:**

Anthony Bussie (via U.S. Mail) Philadelphia - FDC, PO Box 562, Philadelphia, PA 19105


February 4, 2014                    JULIE A. RICHARDS, CLERK
                                     /s/ Christa N. Baker
                                    (By) Christa N. Baker, Deputy Clerk